# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:06CR00009 |
| v. | ) | **ORDER** |
| | ) | |
| **DAVID SHAWN HICKS**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations dated March 28, 2006, to which the defendant objected, it is **ADJUDGED AND ORDERED** as follows:

1. The defendant's objections are overruled;

2. The magistrate judge's report and recommendations are accepted; and

3. The motion to dismiss the indictment is DENIED.

ENTER: April 13, 2006

/s/ JAMES P. JONES
Chief United States District Judge